**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**TIMOTHIE F. GERMAIN,**

  **Plaintiff,**

**v.**               **Case No. 1:19-cv-21065-DPG**

**ALLY FINANCIAL, INC.,**

  **Defendant.**

## JOINT MOTION TO STAY THE CASE AND SUBMIT IT ARBITRATION

COMES NOW Plaintiff Timothie Germain and Defendant Ally Financial Inc. ("Ally") (collectively "the Parties"), by counsel, and respectfully moves this Court to stay the case and submit it to arbitration. In support of this motion, the Parties state the following:

1. On March 20, 2019, Plaintiff Timothie Germain filed this action in the United States District Court for the Southern District of Florida, Miami Division.

2. Plaintiff served Ally with the Complaint on March 21, 2019.

3. Pursuant to a Retail Installment Sales Contract ("the Contract"), the Parties agreed to submit any disputes between them to binding arbitration.

4. In accordance with Local Rule 7.1(a)(3), the Parties conferred and have agreed to submit this matter to arbitration pursuant to the terms of the Contract.

5. Accordingly, the Parties respectfully request the Court grant this Motion, stay the case, and submit it to arbitration. An Agreed Order granting this Motion is attached hereto as **Exhibit 1**.

WHEREFORE, Plaintiff Timothie Germain and Defendant Ally Financial Inc. jointly and respectfully request this Court enter an Order staying the case and submitting it to arbitration, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: June 10, 2019

| | |
|---|---|
| /s/ Anthony C. Norman_____ | /s/ Gillian Williston_____ |
| Anthony C. Norman | Gillian Williston |
| Florida Bar No. 112105 | Florida Bar No. 14270 |
| The Law Firm of Anthony C. Norman, PLLC | Troutman Sanders LLP |
| 1345 Monroe Ave., NW, Ste. 242 | 222 Central Park Ave., Suite 2000 |
| Grand Rapids, MI 49505 | Virginia Beach, VA 23462 |
| Telephone: (616) 265-5998 | Telephone: (757) 687-7500 |
| Email: anthony@lawfirmofacn.com | Email: gillian.williston@troutman.com |
| | *Counsel for Ally Financial Inc.* |
| Laura Hoy | |
| Florida Bar No. 59025 | |
| Loan Lawyers, LLC | |
| 2150 South Andrews Ave., Second Floor | |
| Fort Lauderdale, FL 33316 | |
| Telephone (954) 523-4357 | |
| Email: laura@fight13.com | |
| | |
| *Counsel for Plaintiff* | |